**92**

Elsie M. FRITZ

v.

NATIONAL LINEN SERVICE and Workmen's Compensation Board of Kentucky.

Court of Appeals of Kentucky.

April 20, 1973.

Alvin B. Trigg, Wallace, Turner & Trigg, Lexington, for appellant.

C. W. Swinford, Stoll, Keenon & Park, Lexington, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Paul ABNEY

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

April 20, 1973.

Paul Abney, pro se.

Ed W. Hancock, Atty. Gen., J. T. Frankenberger, Asst. Atty. Gen., Frankfort, Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

J. L. JOHNSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 20, 1973.

Grant F. Knuckles, Pineville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Farmer Helton, Pineville, for appellee.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

LEXINGTON LAMP PLANT—G. E., Appellant,

v.

Rissie C. TIMMINS and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

April 20, 1973.

J. Peter Cassidy, Jr., Moloney & Moloney, Lexington, for appellant.

Alvin B. Trigg, Wallace, Turner & Trigg, Lexington, for appellees.

Memorandum Opinion by Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.